IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARUICE PEARSON, | : | |
| Petitioner, | : | 1:15-cv-0510 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JAMES ECKARD, *et al.*, | : | |
| Respondents. | : | |

## **ORDER**

### **September 12, 2016**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. There is no basis for the issuance of a certificate of appealabilty.  See 28 U.S.C. § 2253(c)(1)(A).

s/ John E. Jones III
John E. Jones III
United States District Judge